F I L E D
CLERK, U.S. DISTRICT COURT
1/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>OSAMA ALLADAWI,<br>  aka "Sam,"<br><br>       Defendant. | No. 8:22-cr-00008-CJC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1343: Wire Fraud;<br>18 U.S.C. § 981, 28 U.S.C.<br>§ 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNTS ONE THROUGH TWENTY-ONE

[18 U.S.C. §§ 1343, 2(a)]

A.  INTRODUCTORY ALLEGATIONS

    1.   At times relevant to this Indictment:

        a.   The Special Supplemental Nutrition Program for Women, Infants, and Children ("WIC") was a program funded and administered through the United States Department of Agriculture's Food and Nutrition Services Division.  In the State of California, the WIC

program was administered through the California Department of Public Health ("CDPH").

        b.    The WIC program provided low-income women, infants, and children up to the age of five with nutritious foods, such as infant formula, milk, bread, eggs, cheese, fruits, and vegetables, among other designated food items.  Between 2016 and 2019, WIC program beneficiaries were issued benefits through the CDPH via, among other methods, Food Instruments ("FI"); these FIs enabled WIC program beneficiaries to purchase designated food items through authorized vendor-stores.

        c.    To become an authorized vendor-store, store owners were required to complete and submit to the CDPH an application and sign a vendor agreement.  Between in or around 2007 until in or around October 2016, defendant OSAMA ALLADAWI, also known as "Sam," submitted applications and executed multiple vendor agreements with the CDPH and owned and operated authorized vendor-stores.  In each of the vendor agreements defendant ALLADAWI signed, defendant ALLADAWI acknowledged, among other things, that a "[v]endor must not redeem a paper food instrument or CVV outside of authorized channels.  An authorized channel is defined as a vendor accepting a food instrument or CVV at a vendor store authorized by its vendor agreement and associating the serial number of the food instrument or CVV with that vendor store's vendor authorization number and then depositing the food instrument or CVV into that vendor's bank account.  Food instruments and CVVs may not be used in the repayment of debts to other parties."

        d.    Between in or around 2007 until in or around October 2016, defendant ALLADAWI owned and operated a total of approximately

30 WIC authorized vendor-stores. By October 2016, all of defendant ALLADAWI's vendor-stores were disqualified or terminated from the WIC program or were closed by defendant ALLADAWI.

B.   THE SCHEME TO DEFRAUD

2.   Beginning no later than in or around October 2016, and continuing to in or around October 2019, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant ALLADAWI, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud the United States Department of Agriculture and the CDPH as to material matters, and to obtain money and property from the United States and the State of California, by means of material false and fraudulent pretenses, representations, and promises, and through the concealment of material facts.

3.   The fraudulent scheme operated, in substance, in the following manner:

   a.   Defendant ALLADAWI obtained FIs belonging to WIC beneficiaries. Defendant ALLADAWI then submitted the FIs to the CDPH for approval through CDPH's online portal, known as the Vendor WIC Information eXchange ("VWIX").

   b.   In order to submit the FIs through VWIX, defendant ALLADAWI needed login credentials. In some instances, defendant ALLADAWI submitted the FIs through VWIX using defendant ALLADAWI's own login credentials, even though defendant ALLADAWI's vendor-stores were no longer authorized by WIC to accept and redeem FIs. In other instances, defendant ALLADAWI submitted the FIs through VWIX using login credentials belonging to different authorized vendor-stores. Defendant ALLADAWI obtained these vendor-stores login credentials by

3

various methods. One method used by defendant ALLADAWI was to pose as a WIC employee in order to dupe vendor-store employees to disclose their login credentials to him.

        c.    Once FIs were submitted through VWIX, defendant ALLADAWI then presented the FIs to financial institutions for payment to accounts defendant ALLADAWI owned, controlled, and had access to.

        d.    Through the scheme to defraud, defendant ALLADAWI caused the United States Department of Agriculture and California Department of Public Health to provide more than $9,995,007.80 in payments to him.

C. THE USE OF INTERSTATE WIRES

4. On or about the dates set forth below, in Orange County, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant ALLADAWI and others known and unknown to the Grand Jury, each aiding and abetting the other, transmitted and caused the transmission of the following items by means of wire communication in interstate and foreign commerce:

| COUNT | DATE | INTERSTATE WIRE TRANSMISSION |
|---|---|---|
| ONE | 9/7/17 | Deposit of FI Serial Number 767420385 in the amount of $15.76 to a Bank of America account ending in 3021 |
| TWO | 10/3/17 | Deposit of FI Serial Number 762492394 in the amount of $13.08 to a Bank of America account ending in 3021 |
| THREE | 11/20/17 | Deposit of FI Serial Number 779781636 in the amount of $15.75 to a Bank of America account ending in 3021 |
| FOUR | 11/20/17 | Deposit of FI Serial Number 775524026 in the amount of $56.25 to a Bank of America account ending in 3021 |

| COUNT | DATE | INTERSTATE WIRE TRANSMISSION |
|---|---|---|
| FIVE | 11/27/17 | Deposit of FI Serial Number 775522311 in the amount of $18.00 to a Bank of America account ending in 3021 |
| SIX | 1/22/18 | Deposit of FI Serial Number 775524035 in the amount of $69.99 to a Bank of America account ending in 3021 |
| SEVEN | 3/26/18 | Deposit of FI Serial Number 806616860 in the amount of $28.53 to a Bank of America account ending in 3021 |
| EIGHT | 3/26/18 | Deposit of FI Serial Number 806839729 in the amount of $21.65 to a Bank of America account ending in 3021 |
| NINE | 7/23/18 | Deposit of FI Serial Number 822338730 in the amount of $20.53 to a Bank of America account ending in 3021 |
| TEN | 7/24/18 | Deposit of FI Serial Number 822530902 in the amount of $17.65 to a Bank of America account ending in 3021 |
| ELEVEN | 6/19/19 | Deposit of FI Serial Number 853558942 in the amount of $21.04 to a Bank of America account ending in 8584 |
| TWELVE | 7/8/19 | Deposit of FI Serial Number 867693713 in the amount of $28.32 to a Bank of America account ending in 8584 |
| THIRTEEN | 7/8/19 | Deposit of FI Serial Number 867696886 in the amount of $18.51 to a Bank of America account ending in 8584 |
| FOURTEEN | 7/8/19 | Deposit of FI Serial Number 867865204 in the amount of $15.77 to a Bank of America account ending in 8584 |
| FIFTEEN | 7/8/19 | Deposit of FI Serial Number 868021932 in the amount of $21.65 to a Bank of America account ending in 8584 |
| SIXTEEN | 8/26/19 | Deposit of FI Serial Number 877725011 in the amount of $37.77 to a Bank of America account ending in 8584 |
| SEVENTEEN | 8/26/19 | Deposit of FI Serial Number 877729893 in the amount of $96.12 to a Bank of America account ending in 8584 |

| COUNT | DATE | INTERSTATE WIRE TRANSMISSION |
|---|---|---|
| EIGHTEEN | 8/26/19 | Deposit of FI Serial Number 868021936 in the amount of $21.65 to a Bank of America account ending in 8584 |
| NINETEEN | 9/30/19 | Deposit of FI Serial Number 877729908 in the amount of $20.95 to a Bank of America account ending in 8584 |
| TWENTY | 9/30/19 | Deposit of FI Serial Number 877874990 in the amount of $20.65 to a Bank of America account ending in 8584 |
| TWENTY-ONE | 9/30/19 | Deposit of FI Serial Number 868021940 in the amount of $21.65 to a Bank of America account ending in 8584 |

|   |   |
|---|---|
| 1 | FORFEITURE ALLEGATION |
| 2 | [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)] |

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Twenty-One of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office